# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5042
_____

J.B., father of M.M.B., minor
child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Mark E. Feagle, Judge.

March 2, 2018

PER CURIAM.

    AFFIRMED.

WOLF, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

David J. Joffe of Joffe Law, P.A., Ft. Lauderdale, for Appellant.

Ward L. Metzger, Appellate Counsel, Children's Legal Services, Department of Children and Families, Jacksonville; Sara E. Goldfarb, Appellate Counsel, Guardian ad Litem Program, Sanford, for Appellee.